# Exhibit 11

**To:** dnbiz@dailynews.com[dnbiz@dailynews.com]
**From:** Darren Berkovitz
**Sent:** Mon 4/25/2005 3:51:27 PM
**Subject:** Story Idea: Fraud and Identity Theft Prevention

FOR IMMEDIATE RELEASE

Answer the Phone: Your Identity is on the Line

There hasn't been much good news in the battle against identity theft lately, with fraudsters staying one step ahead of the game. But don't panic, our old friend the telephone has come to the rescue.

We're all aware of the problem of identity theft, but did you know that your local pizza chain has had a solution for years? You recognize it as the system that prevents little Johnny from having twenty pizzas delivered to your door at midnight: the pizza chain calls you immediately after the order is placed to verify the validity of the order. Because little Johnny is afraid to be caught, he'll think twice about causing this pizza-related havoc.

TeleSign's patent-pending verification system has transferred this pizza concept to the high-tech world. It works like this: after filling out a form on a website, the user is prompted to enter his phone number. A robotic system then places a call to that number and speaks aloud a unique three digit code. Once that code is entered into the website, the authentication is complete. This system can be implemented at any point on a website: at registration, purchase, a specific time interval, or at the request of a user.

Email verification is the current standard for user authentication, but email may end up filtered, junked, bulked, or trashed. Because of spam, viruses, and phishing, email filtering has become so aggressive that even legitimate emails don't reach the inbox. But a telephone call cannot be stopped, making this the perfect time for the introduction of TeleSign's solution.

The future of ecommerce is threatened by rampant fraud and lack of trust. TeleSign will force anonymous users to expose their faces by revealing their working phone numbers.

To try an interactive demo, visit http://www.telesign.com/demo.asp and have your phone ready.

For more information about TeleSign's products and services, visit http://www.telesign.com/ or email press@telesign.com.


TeleSign Corporation

Contact: Sam Gonen

Telephone: (310) 846-8607

Email: press@telesign.com



Darren Berkovitz
TeleSign Corporation
9454 Wilshire Blvd. Suite 525
Beverly Hills, CA 90212
(310)846-8607
darrenb@telesign.com