**BAKER BOTTS L.L.P.**
Wayne O. Stacy (SBN 314579)
wayne.stacy@bakerbotts.com
Sarah J. Guske (SBN 232467)
sarah.guske@bakerbotts.com
101 California St., Suite 3600
San Francisco, CA 94111
Telephone: 415.291.6200
Facsimile: 415.291.6300

**BAKER BOTTS L.L.P.**
Amy K. Liang (SBN 291910)
amy.liang@bakerbotts.com
1001 Page Mill Rd.,
Building One, Suite 200
Palo Alto, CA 94304
Telephone: (650) 739-7500
Facsimile: (650) 739-7699

**BAKER BOTTS L.L.P.**
Michelle J. Eber (pro hac vice)
michelle.eber@bakerbotts.com
One Shell Plaza
910 Louisiana Street
Houston, TX 77002
Telephone: 713.229.1223
Facsimile: 713.229.7923

**BAKER BOTTS L.L.P.**
Lauren J. Dreyer (pro hac vice)
lauren.dreyer@bakerbotts.com
The Warner, 1299 Pennsylvania Ave., NW
Washington, DC 20004-2400
Telephone: 202.639.7823
Facsimile: 202.639.1153

Attorneys for Defendant
TWILIO INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| TELESIGN CORPORATION,<br><br>             Plaintiff,<br><br>v.<br><br>TWILIO INC.,<br><br>             Defendant. | Case No. 3:18-CV-03279-VC-SVK<br><br>Judge: Hon. Vince Chhabria<br><br>**STATEMENT OF RECENT DECISION** |

Under Local Rule 7-3(d)(2), counsel for Twilio Inc. files this supplemental letter to inform the Court of the Federal Circuit's recent Rule 36 affirmance of the district court's ineligibility finding under 35 U.S.C. § 101 in *Asghari-Kamrani v. United Servs. Auto. Ass'n*, No. 2016-2415, 2018 WL 4352098 (Fed. Cir. Sept. 11, 2018) and *Asghari-Kamrani v. United Servs. Auto. Ass'n*, No. 2018-1040, 2018 WL 4334150 (Fed. Cir. Sept. 11, 2018), attached hereto as Exhibits A and B. The Federal Circuit oral argument is available at:

http://oralarguments.cafc.uscourts.gov/default.aspx?fl=2016-2415.mp3.

The affirmed district court decision is discussed in Twilio's opening brief (pp. 8, 15, 17, 23) and reply brief (p. 2).

| | |
|---|---|
| Dated: September 19, 2018 | Respectfully submitted, |
| | BAKER BOTTS L.L.P. |
| | */s/ Wayne O. Stacy*____ <br> Wayne Stacy |
| | Wayne O. Stacy (SBN 314579) <br> Sarah J. Guske (SBN 232467) <br> 101 California St., Suite 3600 <br> San Francisco, CA 94111 <br> Telephone: 415.291.6200 <br> Facsimile: 415.291.6300 <br> wayne.stacy@bakerbotts.com <br> sarah.guske@bakerbotts.com |
| | Michelle J. Eber (pro hac vice) <br> michelle.eber@bakerbotts.com <br> One Shell Plaza <br> 910 Louisiana Street <br> Houston, TX 77002 <br> Telephone: 713.229.1223 <br> Facsimile: 713.229.7923 |
| | Lauren J. Dreyer (pro hac vice) <br> lauren.dreyer@bakerbotts.com <br> The Warner, 1299 Pennsylvania Ave., NW <br> Washington, DC 20004-2400 <br> Telephone: 202.639.7823 |

Facsimile: 202.639.1153

Amy K. Liang (SBN 291910)
amy.liang@bakerbotts.com
1001 Page Mill Rd.,
Building One, Suite 200
Palo Alto, CA 94304
Telephone: (650) 739-7500
Facsimile: (650) 739-7699

*Attorneys for Twilio Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that all counsel of record who have consented to electronic service are being served with a copy of this document via electronic mail on September 19, 2018.

*/s/ Wayne O. Stacy*